IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LYNNE LOUISE MASSIE,
    Plaintiff,

v.                                                                          3:10cv405/LAC/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____

## REPORT AND RECOMMENDATION

Plaintiff filed a complaint for judicial review of an adverse administrative decision of the defendant and a motion to proceed *in forma pauperis*. (Docs. 1 and 2). However, her complaint appeared to ask for a hearing before an Administrative Law Judge (ALJ), which is part of the administrative review process, and which must be held *before* a suit in this court is filed. The court thus entered an order informing plaintiff that if no hearing before an ALJ had been held, plaintiff should voluntarily dismiss this case because it was premature. She was instructed to send a copy of the complaint filed in this court, along with a copy of this order, to the Social Security Administration at the address provided to her in the decision denying her benefits.

She was further advised that if a hearing before an ALJ had already been held, this case would proceed. Her motion to proceed *in forma pauperis* was granted, and the Commissioner of Social Security, Michael J. Astrue, was substituted as the defendant in this cause. Plaintiff was directed to submit three fully completed USM 285 forms for Michael J. Astrue, Commissioner of Social Security, the United States Attorney for the Northern District of Florida, and the Attorney General of the United States, along with service copies of her complaint, or a notice of voluntary dismissal as set forth above.

Plaintiff failed to respond to this order, and the court entered an order to show cause why this case should not be dismissed. She failed to respond to that order as well.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to prosecute or failure to comply with an order of the court.

At Pensacola, Florida, this 1st day of December, 2010.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**